**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02588-REB-CBS

KENNETH BORN,

    Plaintiff,

v.

KMART CORPORATION, and
SHELDON J. MANDELL,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT SHELDON J. MANDELL ONLY

**Blackburn, J.**

On March 28, 2006, the parties filed a **Stipulated Motion to Dismiss Defendant Sheldon J. Mandell** [#11].  After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiff's claims against defendant, Sheldon J. Mandell, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion to Dismiss Defendant Sheldon J. Mandell** [#11], filed on March 28, 2006, is **GRANTED**;

    2.  That plaintiff's claims against defendant, Sheldon J. Mandell, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, Sheldon J. Mandell, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 28, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**